Argued July 12,.affirmed July 17, 1968

## ANDERSON, *Respondent, v.* PORTER, *Appellant.*

443 P. 2d 633

*Robert J. Johnston,* Portland, argued the cause and filed a brief for appellant.

*Frederic P. Roehr III,* Portland, argued the cause for respondent. On the brief were Vergeer, Samuels, Cavanaugh & Roehr and Walter H. Sweek, Portland.

Before PERRY, Chief Justice, and SLOAN and GOODWIN, Justices.

PER CURIAM.

Action on a promissory note. Defendant appeals a judgment for plaintiff, contending that there was a failure of proof.

On the issues made by the pleadings, the plaintiff's evidence made a question for the trier of fact.

Affirmed.